**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF RHODE ISLAND

In re:  Masoud Shakoori-Naminy          Case No. 13-12810

        Debtor(s)                       Chapter: 13

**ORDER GRANTING CERTIFICATE OF EXIGENT CIRCUMSTANCES**

After consideration of the pleading, it is hereby ORDERED that Debtor's Certificate of Exigent Circumstances [doc.#1] is GRANTED. The extension to file the Credit Counseling Certificate has been allowed to November 29, 2013.

                                        /s/ Diane Finkle
                                        U.S. Bankruptcy Judge

Entered on Docket:  10/29/2013
Document Number:  7